# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 7, 2009

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No.  08-2354

| | |
|---|---|
| JAY STARKWEATHER,<br>    *Petitioner-Appellant*,<br><br>  *v.*<br><br>JUDY P. SMITH, WARDEN<br>    *Respondent-Appellee*. | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 07 C 513<br><br>William C. Griesbach,<br>*Judge*. |

**O R D E R**

The appellant's petition for rehearing is **DENIED**.  It is ordered that the following corrections be made in the opinion of the court dated July 23, 2009:

Slip opinion page 2: the last sentence of the second full paragraph is amended to read "... from the direction of Demery's trailer."

Slip opinion pages 11-12: the paragraph staring on page 11 and beginning "An additional word about prejudice ...", together with the appended footnote 3, is omitted.